UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

NYKIA HINES,

                 Plaintiff,

         -against-

Police Officer SMITHU SAMUEL, Shield No. 10442; Police Officer BRIAN L. MECSERI, Shield No. 14125; Police Officer PATRICK BURNETT, Shield No. 30205; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                 Defendants.

-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

14 CV 5955 (ILG)(MDG)

I, Ramsey Baines, being duly sworn deposes and says:

1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.     On October 16, 2014, at approximately 3:06 p.m., I served the summons and complaint in this matter on Police Officer Patrick Burnett, Shield No. 30205, by delivering a copy of same to PAA Mignemi, a person of suitable age and discretion at defendant's actual place of business within the state located at the 79th Precinct, 263 Tompkins Avenue, Brooklyn, New York.

3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked

personal and confidential and not indicating that the communication was from an attorney or

concerned an action against the defendant and deposited said envelope in a post office official

depository under exclusive care of the United States Postal Service.

Dated: New York, New York
October _20_, 2014

Ramsey Baines

Sworn to me on _20_ day
of October 2014



NOTARY PUBLIC